```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 05776
    YVETTE M LOVE
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-3203


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 03/11/2008 and was not confirmed.

    The case was dismissed without confirmation 06/18/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
AMERICASH LOANS            UNSECURED       NOT FILED         .00           .00
ROUNDUP FUNDING LLC        UNSECURED         1073.54         .00           .00
CORTRUST BANK              UNSECURED       NOT FILED         .00           .00
ASSET ACCEPTANCE CORP      UNSECURED          772.43         .00           .00
CALVARY PORTFOLIO          UNSECURED       NOT FILED         .00           .00
CHICAGO STATE UNIVERSITY   UNSECURED       NOT FILED         .00           .00
CITY OF CHICAGO PARKING    UNSECURED          500.00         .00           .00
COMCAST                    UNSECURED       NOT FILED         .00           .00
COMMONWEALTH EDISON        UNSECURED          443.91         .00           .00
COMMERCIAL CHECK CONTROL   UNSECURED       NOT FILED         .00           .00
CONTINENTIAL FINANCE COM   UNSECURED       NOT FILED         .00           .00
CREDIT PROTECTION ASSOCI   UNSECURED       NOT FILED         .00           .00
FIRST BANK OF DELAWARE     UNSECURED       NOT FILED         .00           .00
ER SOLUTIONS INC           UNSECURED       NOT FILED         .00           .00
FIRST NATIONAL COLLECTIO   UNSECURED       NOT FILED         .00           .00
FIRST PREMIER BANK         UNSECURED       NOT FILED         .00           .00
FIRST PREMIER BANK         UNSECURED       NOT FILED         .00           .00
FRIEDMAN & WEXLER          UNSECURED       NOT FILED         .00           .00
WEBBANK                    UNSECURED       NOT FILED         .00           .00
ILLINOIS LENDING GROUP     UNSECURED       NOT FILED         .00           .00
ISAC                       UNSECURED         1532.82         .00           .00
JOHN LEWIS                 UNSECURED       NOT FILED         .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          678.97         .00           .00
NATIONAL RECOVERIES        UNSECURED       NOT FILED         .00           .00
NORTHLAND GROUP            UNSECURED       NOT FILED         .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED       NOT FILED         .00           .00
PROFFESSIONAL ACCOUNT MG   UNSECURED       NOT FILED         .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          607.95         .00           .00
RODALE BOOKS               UNSECURED       NOT FILED         .00           .00
SALLIE MAE GUARANTEE SER   UNSECURED        10031.77         .00           .00
SOUTHWEST CREDIT           UNSECURED       NOT FILED         .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          653.26         .00           .00
TRS RECOVERY SYSTEMS INC   UNSECURED       NOT FILED         .00           .00
UNION PACIFIC              UNSECURED              .00        .00           .00
AT & T                     UNSECURED       NOT FILED         .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 05776 YVETTE M LOVE
```

```
JAMES REED                  NOTICE ONLY   NOT FILED            .00         .00
UNITED AUTO CREDIT          SECURED VEHIC   4697.00            .00         .00
UNITED AUTO CREDIT          UNSECURED        588.99            .00         .00
INTERNAL REVENUE SERVICE    PRIORITY        1686.00            .00         .00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY    2,464.00                     138.00
TOM VAUGHN                  TRUSTEE                                      12.00
DEBTOR REFUND               REFUND                                      276.92
```

Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                              RECEIPTS        DISBURSEMENTS
------------------------------------------------------------------------------
```
TRUSTEE                        426.92

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                    138.00
TRUSTEE COMPENSATION                               12.00
DEBTOR REFUND                                     276.92
                              ---------------  ---------------
TOTALS                         426.92             426.92
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


    Dated: 09/24/08                  /s/ Tom Vaughn
                                     _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE




                          PAGE   2
          CASE NO. 08 B 05776 YVETTE M LOVE